**AFFIRMED and Opinion Filed July 12, 2024**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-23-00183-CR**

**CHANCE JACOBI SADDLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F21-53950-V**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Smith
Opinion by Justice Molberg

Appellant Chance Saddler pleaded guilty to aggravated assault with a deadly

weapon, and the trial court assessed his punishment at thirteen years' confinement.

Appellant's appointed appellate counsel filed a brief in which she concludes this

appeal is frivolous, without merit, and there are no arguable grounds to raise.

*See Anders v. Cal.*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137, 138

(Tex. Crim. App. 1969); *see also Limauro v. State*, 675 S.W.3d 368, 372 (Tex.

App.—Dallas 2023, no pet.) (stating that counsel must, when utilizing the *Anders*

procedure, "draft an exceptionally detailed account, providing this court a roadmap explaining why, at each turn, there are only frivolous issues to be raised on appeal").

Counsel states in her *Anders* brief she "has diligently reviewed the entire record in this case and the law applicable thereto, and, in her opinion, the appeal is frivolous and without merit" and "there are no grounds of error upon which an appeal can be predicated." Counsel's brief demonstrates a diligent review of the record. Counsel also filed a motion to withdraw, provided appellant a copy of the *Anders* brief and the complete record, and advised appellant of his right to file a pro se response. Appellant has not filed such a response.

We have independently reviewed the entire record in this appeal and conclude no reversible error exists in the record, there are no arguable grounds for review, and, thus, the appeal is wholly frivolous. *See Anders*, 386 U.S. at 744; *Garner v. State*, 300 S.W.3d 763, 767 (Tex. Crim. App. 2009) (reviewing court must determine whether arguable grounds for appeal exist); *Limauro*, 675 S.W.3d at 372.

Accordingly, we grant counsel's motion to withdraw and affirm the trial court's judgment.

/Ken Molberg/
KEN MOLBERG
JUSTICE

Do Not Publish
Tex. R. App. P. 47.2(b).
230183F.U05

–2–



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

CHANCE JACOBI SADDLER,
Appellant

No. 05-23-00183-CR    V.

THE STATE OF TEXAS, Appellee

On Appeal from the 292nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F21-53950-V.
Opinion delivered by Justice
Molberg. Justices Reichek and Smith
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered July 12, 2024